IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY A ROBERTSON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-0246 |
| v. | : | |
| | : | |
| **PFIZER RETIREMENT** | : | |
| **COMMITTEE,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 27th day of July 2018, upon consideration of Defendants PRC Retirement Committee and Defendant Fidelity Workplace Services d/b/a Fidelity Employer Workplace Services Company, LLC's ("Defendants") *motion to dismiss for improper venue or, alternatively, transfer*, [ECF 11], Plaintiff's opposition thereto, [ECF 15], and Defendants' reply, [ECF 18], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motion to transfer is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), and to mark this matter **CLOSED**.

It is further **ORDERED** that Plaintiff's *motion for oral argument and/or hearing*, [ECF 19], is **DENIED**. Defendants' *motion to strike Plaintiff's motion for oral argument and/or hearing*, [ECF 20], is **DENIED**, as moot.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*